**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7600**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CASUAL BIANCA LYONS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:08-cv-00068-BO; 5:03-cr-00312-BO-1)

Submitted: November 20, 2008        Decided: December 2, 2008

Before MOTZ and GREGORY, Circuit Judges, and  HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Casual Bianca Lyons, Appellant Pro Se, Anne Margaret Hayes, Assistant U.S. Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casual Bianca Lyons seeks to appeal the district court's order dismissing several claims raised in her motion filed pursuant to 28 U.S.C. § 2255 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Lyons seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Lyons' motions for preparation of a transcript at government expense and to seal all filings in this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2